```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

```
RICHARD EVANS,                          :
                                        :
     Plaintiff,                         :
                                        :
vs.                                     :
                                        :    CIVIL ACTION 14-0303-M
CAROLYN W. COLVIN,                      :
Social Security Commissioner,           :
                                        :
     Defendant.                         :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff Richard Evans and against Defendant Carolyn W. Colvin.

DONE this 12th day of March, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE