```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

```
RICHARD EVANS,                      :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :     CIVIL ACTION 14-0303-M
                                    :
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
     Defendant.                     :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Richard Evans and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2,066.42 and $492.96 in court costs and litigation expenses.

DONE this 8th day of May, 2014.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```